The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

———

COOK, J., dissenting. For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

HILLYER ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. State Farm Mut. Auto. Ins. Co.* (1998), 82 Ohio St.3d 386.]

(No. 97–2143—Submitted June 24, 1998—Decided July 22, 1998.)

———

*Friedman, Domiano & Smith Co., L.P.A.,* and *Jeffrey H. Friedman,* for appellants.

*Meyers, Hentemann & Rea Co., L.P.A.,* and *Henry A. Hentemann,* for appellee.

———

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

COOK, J., dissenting. For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

---

THE STATE EX REL. ADKINS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Adkins v. Indus. Comm.* (1998), 82 Ohio St.3d 387.]

(No. 96–540—Submitted June 9, 1998—Decided July 22, 1998.)

---

*Robert B. Liss,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis Rehor,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

---

THE STATE EX REL. BOWLES, APPELLANT, *v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Bowles v. Trimble* (1998), 82 Ohio St.3d 387.]

(No. 96–546—Submitted June 9, 1998—Decided July 22, 1998.)